Loretta Thompson, appellee, v. Lloyd M. Stevens, appellant. Gen. No. 7,497.

Action against dentist for malpractice. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 27, 1925. Rehearing denied September 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

John W. D'Arcy and Edward W. Rawlins, for appellant. Snapp, Heise & Snapp, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Alfred Totel, appellee, v. W. C. Vittum, appellant. Gen. No. 7,357.

Attachment suit. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Joe A. Davies, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed August 3, 1925.

Henry M. Kelly and McDougall & Chapman, for appellant. James J. Conway and A. E. Butters, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jacob Heitz, plaintiff in error. Gen. No. 7,448.

Prosecution for violation of liquor law. Defendant convicted. Error to the County Court of Bureau county; the Hon. James R. Pritchard, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed August 3, 1925.

Josef T. Skinner and J. L. Spaulding, for plaintiff in error. Carey R. Johnson, for defendant in error.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. W. William Farris, plaintiff in error. Gen. No. 7,467.

Prosecution for violation of liquor law. Defendant convicted. Error to the Circuit Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed August 3, 1925.

E. V. Orvis, for plaintiff in error. Ashebl V. Smith, State's Attorney, for defendant in error; Sidney H. Block and Albert L. Hall, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.